|   |   |
|---|---|
| 1 | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANSUE KANG, an individual, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>P.F. CHANG'S CHINA BISTRO, INC.<br><br>Defendant. | CV 19-02252 PA (SPx)<br><br>JUDGMENT |

Pursuant to the Court's January 9, 2020 Minute Order granting the Motion to Dismiss filed by defendant P.F. Chang's China Bistro, Inc. ("Defendant"), which dismissed all of the claims asserted by plaintiff Chansue Kang ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed with prejudice.

//

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: January 9, 2020

                                        Percy Anderson
                                UNITED STATES DISTRICT JUDGE