KENNETH H. YOON (State Bar No. 198443)
kyoon@yoonlaw.com
STEPHANIE E. YASUDA (State Bar No. 265480)
syasuda@yoonlaw.com
BRIAN G. LEE (State Bar No. 300990)
blee@yoonlaw.com
**YOON LAW, APC**
One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
Telephone: (213) 612-0988
Facsimile: (213) 947-1211

**LIM LAW GROUP, P.C.**
Preston H. Lim (SBN 275249)
phl@limlawgroup.com
3435 Wilshire Blvd., Suite 2350
Los Angeles, California 90010
Telephone: (213) 900-3000
Facsimile: (213) 204-3000

**LAW OFFICES OF JONG YUN KIM**
Jong Yun Kim (SBN 272176)
jongkimlaw@hotmail.com
3600 Wilshire Blvd., Suite 2226
Los Angeles, California 90010
Telephone: (213) 351-9400
Facsimile: (213) 736-6514

Attorneys for Plaintiff Chansue Kang

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANSUE KANG, an individual, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC. an Arizona corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 5:19-cv-02252 PA (SPx)<br><br>[Hon. Percy Anderson; Courtroom 9A]<br><br>**PLAINTIFF CHANSUE KANG'S NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Date Filed: October 23, 2019<br>Date of Judgment: January 9, 2020 |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff in the above-named case, Chansue Kang, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 9th day of January, 2020 (Docket No. 24), and all interlocutory orders that gave rise to the Judgment.

Dated: February 7, 2020                    YOON LAW, APC


                                    */s/ Stephanie E. Yasuda*
                               Stephanie E. Yasuda
                               Attorneys for Plaintiff Chansue Kang

## NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Ninth Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement identifying all parties to the action and their respective counsel by name, firm, address, telephone number, and e-mail where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant<br>Chansue Kang | Kenneth H. Yoon (SBN 198443)<br>kyoon@yoonlaw.com<br>Stephanie E. Yasuda (SBN 265480)<br>syasuda@yoonlaw.com<br>Brian G. Lee (SBN 300990)<br>blee@yoonlaw.com<br>YOON LAW, APC<br>One Wilshire Boulevard, Suite 2200<br>Los Angeles, California 90017<br>Telephone: (213) 612-0988<br>Facsimile: (213) 947-1211<br><br>Preston H. Lim (SBN 275249)<br>phl@limlawgroup.com<br>LIM LAW GROUP, P.C.<br>3435 Wilshire Blvd., Suite 2350<br>Los Angeles, California 90010<br>Telephone: (213) 900-3000<br>Facsimile: (213) 204-3000<br><br>Jong Yun Kim (SBN 272176)<br>jongkimlaw@hotmail.com<br>LAW OFFICES OF JONG YUN KIM<br>3600 Wilshire Blvd., Suite 2226<br>Los Angeles, California 90010<br>Telephone: (213) 351-9400<br>Facsimile: (213) 736-6514 |
| Defendant-Appellee<br>P.F. Chang's China Bistro, Inc. | James A. Murphy (SBN 06223)<br>jmurphy@mpbf.com<br>Patrick J. Wingfield (SBN 265140)<br>pwingfield@mpbf.com<br>MURPHY, PEARSON, BRADLEY & FEENEY<br>88 Kearney Street, 10th Floor<br>San Francisco, California 94108 |

| | |
|---|---|
| | Telephone: (415) 788-1900<br>Facsimile: (415) 393-8087<br><br>Patrick Gillespie (SBN 302456)<br>pgillespie@mpbf.com<br>MURPHY, PEARSON, BRADLEY & FEENEY<br>550 S. Hope Street, Suite 650<br>Los Angeles, CA 90071<br>Telephone: (415) 788-1900<br>Facsimile: (415) 393-8087 |