# UNITED STATES DISTRICT COURT

### Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

CHANSUE KANG, an individual, and on behalf of other members of the general public similarly

V.

P.F. CHANG'S CHINA BISTRO, INC., an Arizona corporation; and DOES 1-100, inclusive

Case Number: 5:19-cv-02252 PA (SPx)

Judgment was entered in this action on _01/10/2020_ / _24_ against _P.F. Chang's China Bistro, Inc._____._
                                         Date       Docket No.

## NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.

| | |
|---|---:|
| Clerk's Fees (L.R. 54-3.1): | $ 400.00 |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | 280.00 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| TOTAL $ | 680.00 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

[X] The Court's CM/ECF System

[ ] Conventional service by first class mail

[ ] Other

_/s/ Patrick J. Wingfield_
Signature

Patrick J. Wingfield
Print Name

Attorney for: _P.F. Chang's China Bistro, Inc._

Costs are taxed in the amount of _$680.00_

Kiry Gray
Clerk of Court

By: _____
Deputy Clerk

June 16, 2020
Date

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

**WITNESS FEES** (computation, *see* 28 U.S.C. § 1821 for statutory fees)

# ATTACHMENT 1

**P.F. CHANG'S CHINA BISTRO, INC.'S APPLICATION TO THE CLERK TO TAX COSTS**

**CHANSUE KANG,**
**an individual, and on behalf of other members of the general public similarly**
v.
**P.F. CHANG'S CHINA BISTRO, INC.,**
**an Arizona corporation; and DOES 1-100, inclusive**

**Case Number 5:19-cv-02252 PA (SPx)**

**Attachment 1 to Application to the Clerk to Tax Costs (CV-59): Itemization of Costs**

| Item | Amount | Relevant Citation |
|---|---|---|
| United States District Court, Central District of California:<br>Notice of Removal from State Court/Initial Filing Fee | $400.00 | L.R. 54-3.1 |
| San Bernardino County Superior Court – ExpressNetwork – Copy Fees for copying:  (1) Notice of Removal to State Court and (2) Notice of Removal to Plaintiff to be filed with San Bernardino County Superior Court | $280.00 | 28 USC §1920(4) and L.R. 54-3.10 |

## Plastic Card Details

Save as: PDF  CSV

**Amount : $400.00**

Status : Success

Transaction Type : Sale

Transaction Date : November 25, 2019

Payment Date : November 25, 2019

Settled Date : November 26, 2019

### Details

Pay.gov Tracking ID : 26LOACRA

Agency Tracking ID : 0973-24844631

Agency Name : USDC

Application Name : CACD CM ECF

AVS Code : Y

Approval Code : 03843G

Authorization Response Code : 00

Card Security Code Result : M

Fraud Decision Result : Not Screened For Fraud

Username : paygovadmin

Agency Memo :

### Account Information

Account Holder Name : Timothy Halloran

Account Number : ***********6297

Plastic Card Type : **VISA**

Customer Phone :

Customer Email :

Billing Address : 88 Kearny Street 10th Floor

Billing Address 2 :

City : San Francisco

# I N V O I C E    DEC 20 2019

## ExpressNetwork
### A LEGAL SUPPORT NETWORK COMPANY

**Send All Mail To :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057

**888-232-6077**
www.expressnetworkas.com
Billing Dept Ph. (213) 835-2776
Tax ID No. 45-4301410

**Remit to :**
LEGAL SUPPORT NETWORK, LLC
P.O. BOX 861057
Los Angeles, CA 90086-1057

Billing Dept Ph. (213) 835-2776
Email: Billing@expressnetworkas.com
TO INSURE PROPER POSTING TO YOUR ACCOUNT
PLEASE DETACH AND RETURN WITH YOUR PAYMENT

MURPHY PEARSON BRADLEY FEENEY
ACCOUNTS PAYABLE
550 S. HOPE ST.,  #650
LOS ANGELES, CA. 90071

| ACCOUNT | MURPE |
|---|---|
| INVOICE # | LA-33337 |
| INVOICE DATE | 12/01/19 |
| TOTAL | 405.00 |

| DATE<br>Q.C.# | Type of<br>Service | Origin<br>Placed by | Destination<br>Received By | Ref. / Case #<br>Case Name / Docs | Charge<br>Item | | Amount |
|---|---|---|---|---|---|---|---|
| 11/25/19<br>91628 | RH PDFFIL<br>Court Srvc. | EXPRESS NETWORK<br><br>DOWNTOWN<br>*caller:*Helen Simpson | SAN BERNARDINO-CENTR<br>247 W. THIRD STREET<br>SAN BERNARDINO<br>*signed:*FILED IN S26 | XPFC.119063.1<br>CIVDS1931220<br>KANG V. P.F. CHANG<br>NOTICE; NOTICE | Base :<br>*Other :<br>Wait :<br>Weight : | | 125.00<br>280.00<br>.00<br>.00 |
| | | | | | ** Total ** | | 405.00 |

*Other = *Page Count:* 280.00

page: 1

INVOICE TOTAL: 405.00

| ACCOUNT CODE | INVOICE # | INVOICE DATE | INVOICE TOTAL |
|---|---|---|---|
| MURPE | LA-33337 | 12/01/19 | 405.00 |

EXPRESS NETWORK, A LEGAL SUPPORT NETWORK COMPANY