UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-02252 PA (SPx) | Date | July 12, 2021 |
|---|---|---|---|
| Title | Chansue Kang v. P.F. Chang's China Bistro, Inc. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| K. Sali-Suleyman | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  None       Attorneys Present for Defendants: None

**Proceedings:**        IN CHAMBERS—ORDER STRIKING CLASS CLAIMS

Plaintiff Chansue Kang ("Plaintiff") filed this putative class action in state court on October 23, 2019.  Defendant P.F. Chang's Bistro ("Defendant") removed this case to this Court on November 25, 2019.  (Dkt. No. 1.)  The parties submitted their Federal Rule of Civil Procedure 26(f) Report on April 5, 2021.  (Dkt. No. 35.)  After reviewing the Rule 26(f) Report, the Court, on April 6, 2020, issued a Civil Trial Scheduling Order and set a deadline for Plaintiff to file their Motion for Class Certification, if any, by Monday, July 5, 2021.  (Dkt. No. 37 ("Plaintiff's Motion for Class Certification, if any, must be filed by no later than **Monday July 5, 2021**") (emphasis in original)).  Plaintiff did not file a Motion for Class Certification by the deadline set in the Court's April 6, 2020 Minute Order.

Because Plaintiff failed to comply with the Court's Order, the Court strikes the class allegations in Plaintiff's Complaint.  See, e.g. Burkhalter v. Montgomery Ward & Co, 676 F.2d 291, 294 (8th Cir. 1982) (affirming district court's striking of class allegations because of plaintiff's failure to comply with court order setting deadline for filing of motion for class certification); Ayer v. Frontier Communications Corp., No. CV 16-1946 PA (DTBx), 2017 WL 8116437, at *3 (C.D. Cal. July 6, 2017) ("A court may strike class allegations for failure to file a timely motion for class certification.").

IT IS SO ORDERED.