JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANSUE KANG, an individual, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC. an Arizona corporation; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 5:19-cv-02252 PA (SPx)<br><br>[Hon. Percy Anderson; Courtroom 9A]<br><br>**ORDER GRANTING REQUEST FOR VOLUNTARY DISMISSAL OF ACTION**<br><br>Date Filed: October 23, 2019<br>Date Removed: November 25, 2019<br>Trial Date: None Set |

**ORDER**

This matter came before the Court on the Stipulation of Dismissal With Prejudice filed by Plaintiff, Chansue Kang, and Defendant, P.F. Chang's China Bistro, Inc. The Court, having reviewed the Stipulation and finding good cause, now finds that it should be GRANTED.

IT IS THEREFORE ORDERED that all claims in this case are dismissed, with prejudice, with each side to bear its own costs and attorneys fees.

**IT IS SO ORDERED.**

Dated: __July 21, 2021__      _____
Hon. Percy Anderson
United States District Court Judge